# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE: : No. 662
:
REAPPOINTMENT TO THE CIVIL : CIVIL PROCEDURAL RULES DOCKET
PROCEDURAL RULES COMMITTEE :


## ORDER


**PER CURIAM**

   **AND NOW**, this 10th day of May, 2017, Francis P. Burns, III, Esquire, Philadelphia, is hereby reappointed as a member of the Civil Procedural Rules Committee for a term of three years, commencing July 1, 2017.